```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

**ERICKA DENISE MOON,**          :
                                 :
    **Plaintiff,**              :
                                 :
**vs.**                          : CIVIL ACTION NO. 11-00497-CB-B
                                 :
**MS. MENDEZ,** *et al.*,        :
                                 :
    **Defendants.**             :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Northern District of Florida.

    **DONE** this 6th day of December, 2011.

                                             *s/Charles R. Butler, Jr.*
                                          **SENIOR UNITED STATES DISTRICT JUDGE**